UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| CHAVEZ LEATH, | ) | CASE NO. 3:21-cv-00011-TMR |
| | ) | |
| Plaintiff, | ) | Judge Thomas M. Rose |
| | ) | Magistrate Judge Sharon L. Ovington |
| v. | ) | |
| | ) | |
| RAYTHEON CO. d/b/a COLLINS AEROSPACE & UTC AEROSPACE, | ) ) | |
| | ) | |
| Defendant. | | |

**STIPULATED NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Chavez Leath and Defendant Goodrich Corporation, a Collins Aerospace Company (incorrectly identified in the Complaint) stipulate to the dismissal of all claims in this action with prejudice. The Parties shall bear their own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Lisa A. Dreishmire | /s/ Matthew G. Bruce |
| Kyle Petersen (*pro hac vice*) | Matthew G. Bruce (0083769) |
| Lisa A. Dreishmire (*pro hac vice*) | Evan R. McFarland (0096953) |
| SEYFARTH SHAW LLP | THE SPITZ LAW FIRM, LLC |
| 233 S. Wacker Drive, Suite 8000 | Spectrum Office Tower |
| Chicago, IL 60606-6448 | 11260 Chester Road, Suite 825 |
| Telephone: (312) 460-5000 | Cincinnati, OH 45246 |
| Facsimile: (312) 460-7000 | Email: matthew.bruce@spitzlawfirm.com |
| E-mail: kpetersen@seyfarth.com | |
| E-mail: ldreishmire@seyfarth.com | *Attorneys for Plaintiff* |

*Attorneys for Defendant*